APPEAL NO. 22-13513-AA

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

---

MATTHEW SCHRIER,

APPELLANT,

v.

QATAR ISLAMIC BANK,

APPELLEE.

---

ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN
DISTRICT OF FLORIDA, FORT LAUDERDALE DIVISION, No. 20-CV-60075-RKA

---

APPELLANT MATTHEW SCHRIER'S MOTION TO FILE UNDER SEAL

---

John H. Rains IV
rains@bmelaw.com
Kamal Ghali
ghali@bmelaw.com
Matthew R. Sellers
sellers@bmelaw.com
**Bondurant, Mixson & Elmore, LLP**
3900 One Atlantic Center
1201 West Peachtree Street, N.W.
Atlanta, Georgia 30309
Tel: 404-881-4100
Fax: 404-881-4111

*Attorneys for Appellant Matthew Schrier*

APPEAL NO. 22-13513-AA

## CERTIFICATE OF INTERESTED PERSONS
## AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. App. P. 26.1 and 11th Cir. R. 26.1-1, 26.1-2, and 26.1-3, the following is an alphabetical list of the trial judges, attorneys, persons, firms, partnerships, and corporations that are known to have an actual or potential interest in the outcome of this appeal:

1. Altman, Roy K. (United States District Judge – Southern District of Florida)

2. Baker, Emma (FOIA Counsel for Appellant)

3. Bondurant, Mixson & Elmore, LLP (Trial and Appellate Counsel Law Firm for Appellant)

4. Carroll, Kevin T. (Trial Counsel for Appellant)

5. Castello, Leslie M. (Counsel for Appellee)

6. Couriel, John D. (Former Trial Counsel for Appellant)

7. Crowell & Moring LLP (Trial & Appellate Counsel Law Firm for Appellee)

8. Ederi, Ariella J. (Counsel for Appellee)

9. Ghali, Kamal (Counsel for Appellant)

10. Guiffre, T. Michael (Counsel for Appellee)

11. Hulsey, G. Scott (Former Trial Counsel for Appellant)

12. Hughes, Hubbard & Reed LLP (FOIA Counsel for Appellant)

13.  Kaplan, Aryeh Lev (Counsel for Appellee)

14.  Kobre & Kim, LLP (Trial Counsel Law Firm for Appellant)

15.  Lapointe, Markenzy (Counsel for Appellee)

16.  Layman, Shawn (Counsel for Appellee)

17.  McMullen, Patrick (Former Non-Litigation Counsel for Appellant)

18.  Pillsbury Winthrop Shaw Pittman LLP (Trial and Appellate Counsel Law Firm for Appellee)

19.  Qatar Islamic Bank (Appellee)

20.  Rains IV, John H. (Counsel for Appellant)

21.  Salinas, Alexander A. (Former Trial Counsel for Appellee)

22.  Schrier, Matthew (Plaintiff-Appellant)

23.  Sellers, Matthew R. (Counsel for Appellant)

24.  Sparacino PLLC (Non-Litigation Counsel for Appellant)

25.  Sparacino, Ryan R. (Non-Litigation Counsel for Appellant)

26.  Squire Patton Boggs, LLP (Former Trial Counsel Law Firm for Appellant)

27.  Tendler, Carrie A. (Trial Counsel for Appellant)

28.  Thompson, Donald L. (Former Trial Counsel for Appellee)

29.  Weiss, Jonathan R. (Former Trial Counsel for Appellee)

30.  Wiggin & Dana, LLP (Former Trial Counsel Law Firm for Appellant)

Matthew Schrier is an individual and thus does not have any parent corporations or publicly held or traded corporations to disclose.

Per Eleventh Circuit Rule 25-3(h), Appellant Matthew Schrier moves to file an unredacted version of his opening brief under seal. The brief refers to the substance of documents filed under seal in the district court. "Documents filed under seal in the court from which an appeal is taken will continue to be filed under seal on appeal to this court." 11th Cir. R. 25-3(h). Schrier will deliver four copies of the unredacted brief in a sealed envelope per the Court's rules. Appellee Qatar Islamic Bank requested that the documents be filed under seal in the district court and does not oppose this motion. Schrier will serve an unredacted copy of the brief on QIB electronically.

Respectfully submitted this 21st day of December, 2022.

*/s/ John H. Rains IV*
John H. Rains IV
Georgia Bar No. 556052, Florida Bar No. 56859
Kamal Ghali
Georgia Bar No. 805055 (admitted *pro hac vice*)
Matthew R. Sellers
Georgia Bar No. 691202 (admitted *pro hac vice*)
rains@bmelaw.com
ghali@bmelaw.com
sellers@bmelaw.com
**BONDURANT, MIXSON & ELMORE, LLP**
1201 West Peachtree Street, N.W., Suite 3900
Atlanta, Georgia 30309
Telephone: (404) 881-4100
Facsimile: (404) 881-4111

*Attorneys for Plaintiff Matthew Schrier*

1

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that this motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 32(a)(7)(B)(ii) because, excluding the parts of the document exempted by Federal Rule of Appellate Procedure 32(f), this document contains 115 words as counted by Microsoft Office 365, the word processing software used to prepare this motion.

This motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type style requirements of Federal Rule of Appellate Procedure 32(a)(6) because this motion has been prepared in a proportionally spaced typeface using Microsoft Office 635, Times New Roman, 14 point font.

*/s/ John H. Rains IV*
John H. Rains IV
Georgia Bar No. 556052
Florida Bar No. 56859

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have filed a true and correct copy of the foregoing

**APPELLANT MATTHEW SCHRIER'S MOTION TO FILE UNDER SEAL**

using the CM/ECF filing system which will cause copies to be served on counsel of

record.  I further certify that I served an unredacted version of this brief on counsel

of record by email.

This 21st day of December, 2022.

*/s/ John H. Rains IV*
John H. Rains IV
Georgia Bar No. 556052
Florida Bar No. 56859