IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 22-13513-HH

MATTHEW SCHRIER,

          Plaintiff - Appellant,

versus

QATAR ISLAMIC BANK,

          Defendant - Appellee.

On Appeal from the United States
District Court for the Southern District of Florida

ORDER:

Matthew Schrier's "Motion to File Under Seal" and "Motion to File Appendix Under Seal" are GRANTED. Mr. Schrier shall file redacted versions of the brief and appendix in the public docket.

_____
UNITED STATES CIRCUIT JUDGE