# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

## No. 22-13513

---

MATTHEW SCHRIER,

*Appellant*,

v.

QATAR ISLAMIC BANK,

*Appellee*.

---

## APPELLEE'S AMENDED CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

---

T. Michael Guiffre
Shawn C. Layman
Leslie M. Castello
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Phone: 202-624-6704
mguiffre@crowell.com
slayman@crowell.com
lcastello@crowell.com

Aryeh L. Kaplan
Ariella J. Ederi
PILLSBURY WINTHROP SHAW PITTMAN LLP
600 Brickell Avenue, Suite 3100
Miami, FL 33131
Phone: 786-913-4900
aryeh.kaplan@pillsburylaw.com
ariella.ederi@pillsburylaw.com

*Counsel for Appellee*

APPEAL NO. 22-13513-AA

*MATTHEW SCHRIER V. QATAR ISLAMIC BANK*

# APPELLEE'S AMENDED CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

In accordance with Fed. R. App. P. 26.1 and 11th Cir. R. 26.1-1, 26.1-2, and 26.1-3, Appellee Qatar Islamic Bank ("QIB") submits the following Corporate Disclosure Statement:

1. Qatar Islamic Bank (QIBK.QA) is a Qatari Public Shareholding Company listed on the Qatar Stock Exchange.

2. QIB does not have a parent corporation, and there are no publicly held corporations owning 10% or more of its stock.

QIB further provides the following alphabetical list of trial judges, attorneys, persons, firms, partnerships, and corporations that are known to have an actual or potential interest in the outcome of this appeal. The purpose of this amendment is to reflect the withdrawal of Markenzy Lapointe as counsel for Appellee.

1. Altman, Roy K. (United States District Judge – Southern District of Florida)

2. Baker, Emma (FOIA Counsel for Appellant)

3. Bondurant, Mixson & Elmore, LLP (Trial and Appellate Counsel Law Firm for Appellant)

4. Carroll, Kevin T. (Trial Counsel for Appellant)

5. Castello, Leslie M. (Counsel for Appellee)

C1 of C4

6. Couriel, John D. (Former Trial Counsel for Appellant)

7. Crowell & Moring LLP (Trial and Appellate Counsel Law Firm for Appellee)

8. Ederi, Ariella J. (Counsel for Appellee)

9. Ghali, Kamal (Counsel for Appellant)

10. Guiffre, T. Michael (Counsel for Appellee)

11. Hulsey, G. Scott (Former Trial Counsel for Appellant)

12. Hughes, Hubbard & Reed LLP (FOIA Counsel for Appellant)

13. Kaplan, Aryeh Lev (Counsel for Appellee)

14. Kobre & Kim, LLP (Trial Counsel Law Firm for Appellant)

15. Layman, Shawn (Counsel for Appellee)

16. McMullen, Patrick (Former Non-Litigation Counsel for Appellant)

17. Pillsbury Winthrop Shaw Pittman LLP (Trial and Appellate Counsel Law Firm for Appellee)

18. Qatar Islamic Bank (Appellee)

19. Rains IV, John H. (Counsel for Appellant)

20. Salinas, Alexander A. (Former Trial Counsel for Appellee)

21. Schrier, Matthew (Plaintiff-Appellant)

22. Sellers, Matthew R. (Counsel for Appellant)

23. Sparacino PLLC (Non-Litigation Counsel for Appellant)

24. Sparacino, Ryan R. (Non-Litigation Counsel for Appellant)

25. Squire Patton Boggs LLP (Former Trial Counsel Law Firm for Appellee)

26. Tendler, Carrie A. (Trial Counsel for Appellant)

27. Thompson, Donald L. (Former Trial Counsel for Appellee)

28. Weiss, Jonathan R. (Former Trial Counsel for Appellee)

29. Wiggin & Dana, LLP (Former Trial Counsel Law Firm for Appellant)

Respectfully submitted this 28th day of February, 2023.

/s/ *T. Michael Guiffre*
T. Michael Guiffre (DC Bar No. 465745)
Shawn C. Layman (FBN 48112)
Leslie M. Castello (DC Bar No. 1735967)
CROWELL & MORING LLP
1001 Pennsylvania Ave NW
Washington, DC 20004
Telephone: (202) 654-6704
Facsimile: (202) 628-5116
mguiffre@crowell.com
slayman@crowell.com
lcastello@crowell.com

Aryeh L. Kaplan
Ariella J. Ederi
PILLSBURY WINTHROP SHAW PITTMAN LLP
600 Brickell Avenue, Suite 3100
Miami, FL 33131
Phone: 786-913-4900
Aryeh.kaplan@pillsburylaw.com
Ariella.ederi@pillsburylaw.com

*Counsel for Appellee*

APPEAL NO. 22-13513-AA

*MATTHEW SCHRIER V. QATAR ISLAMIC BANK*

# CERTIFICATE OF SERVICE

I certify that on February 28, 2023, I filed the foregoing through the Court's CM/ECF system, which will automatically and electronically serve the paper on all counsel of record.

*/s/ T. Michael Guiffre*
T. Michael Guiffre
*Counsel for Appellee*