No. 22-13513-AA

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

MATTHEW SCHRIER,

*Plaintiff-Appellant*,

v.

QATAR ISLAMIC BANK,

*Defendant-Appellee*.

On Appeal from The United States District Court
for the Southern District of Florida, Fort Lauderdale Division,
No. 0:20-cv-60075 (Honorable Roy K. Altman)

## APPELLEE'S MOTION TO FILE BRIEF UNDER SEAL

T. Michael Guiffre
Shawn C. Layman
Leslie M. Castello
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Phone: 202-624-6704
Fax: 202-628-5116
mguiffre@crowell.com

Aryeh L. Kaplan
Ariella J. Ederi
PILLSBURY WINTHROP SHAW
PITTMAN LLP
600 Brickell Avenue, Suite 3100
Miami, FL 33131
Phone: 786-913-4900

*Counsel for Appellee*

APPEAL NO. 22-13513-AA
MATTHEW SCHRIER V. QATAR ISLAMIC BANK

**APPELLEE'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

In accordance with Fed. R. App. P. 26.1 and 11th Cir. R. 26.1-1, 26.1-2, and 26.1-3, Appellee Qatar Islamic Bank ("QIB") submits the following Corporate Disclosure Statement:

1. QIB (QIBK.QA) is a Qatari Public Shareholding Company listed on the Qatar Stock Exchange.

2. QIB does not have a parent corporation, and there are no publicly held corporations owning 10% or more of its stock.

QIB further provides the following alphabetical list of trial judges, attorneys, persons, firms, partnerships, and corporations that are known to have an actual or potential interest in the outcome of this appeal:

1. Altman, Roy K. (United States District Judge – Southern District of Florida)

2. Baker, Emma (FOIA Counsel for Appellant)

3. Bondurant, Mixson & Elmore, LLP (Trial and Appellate Counsel Law Firm for Appellant)

4. Carroll, Kevin T. (Trial Counsel for Appellant)

5. Castello, Leslie M. (Counsel for Appellee)

6. Couriel, John D. (Former Trial Counsel for Appellant)

7. Crowell & Moring LLP (Trial and Appellate Counsel Law Firm for Appellee)

8. Ederi, Ariella J. (Counsel for Appellee)

9. Ghali, Kamal (Counsel for Appellant)

10. Guiffre, T. Michael (Counsel for Appellee)

11. Hulsey, G. Scott (Former Trial Counsel for Appellant)

12. Hughes, Hubbard & Reed LLP (FOIA Counsel for Appellant)

13. Kaplan, Aryeh Lev (Counsel for Appellee)

14. Kobre & Kim, LLP (Trial Counsel Law Firm for Appellant)

15. Layman, Shawn (Counsel for Appellee)

16. McMullen, Patrick (Former Non-Litigation Counsel for Appellant)

17. Pillsbury Winthrop Shaw Pittman LLP (Trial and Appellate Counsel Law Firm for Appellee)

18. Qatar Islamic Bank (Appellee)

19. Rains IV, John H. (Counsel for Appellant)

20. Salinas, Alexander A. (Former Trial Counsel for Appellee)

21. Schrier, Matthew (Plaintiff-Appellant)

22. Sellers, Matthew R. (Counsel for Appellant)

23. Sparacino PLLC (Non-Litigation Counsel for Appellant)

24. Sparacino, Ryan R. (Non-Litigation Counsel for Appellant)

25. Squire Patton Boggs LLP (Former Trial Counsel Law Firm for Appellee)

26. Tendler, Carrie A. (Trial Counsel for Appellant)

27. Thompson, Donald L. (Former Trial Counsel for Appellee)

28. Weiss, Jonathan R. (Former Trial Counsel for Appellee)

29. Wiggin & Dana, LLP (Former Trial Counsel Law Firm for Appellant)

Pursuant to Eleventh Circuit Rule 25-3(h), Appellee moves to file an unredacted version of its response brief under seal. The brief refers to the substance of documents containing confidential financial information and filed under seal in the district court. "Documents filed under seal in the court from which an appeal is taken will continue to be filed under seal on appeal to this court." 11th Cir. R. 25-3(h).  Appellee will deliver four copies of the unredacted brief in a sealed envelope per the Court's rules.  Appellant Matthew Schrier does not oppose this motion. Appellee will serve an unredacted copy of the brief on Appellant electronically.

Dated: March 1, 2023                    Respectfully submitted,

/s/ T. Michael Guiffre
T. Michael Guiffre (DC Bar No. 465745)
Shawn C. Layman (FBN 48112)
Leslie M. Castello (DC Bar No. 1735967)
CROWELL & MORING LLP
1001 Pennsylvania Ave NW
Washington, DC 20004
Telephone: (202) 654-6704
Facsimile: (202) 628-5116
mguiffre@crowell.com
slayman@crowell.com
lcastello@crowell.com

Aryeh L. Kaplan (FBN 60558)
Ariella J. Ederi (FBN 1002965)
PILLSBURY WINTHROP SHAW PITTMAN LLP
600 Brickell Avenue, Suite 3100
Miami, FL 33131
Telephone: 786-913-4900
Facsimile: 786-913-4901
aryeh.kaplan@pillsburylaw.com
ariella.ederi@pillsburylaw.com

*Counsel for Appellee*

2

## CERTIFICATE OF COMPLIANCE

This document complies with the word limit of Fed. R. App. P. 27(d)(2), because this document contains 105 words, excluding the parts of the document exempted by Fed. R. App. P. 32(f). This document complies with the typeface requirement of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman.

/s/ T. Michael Guiffre
T. Michael Guiffre

## CERTIFICATE OF SERVICE

I certify that on March 1, 2023, I filed the foregoing through the Court's CM/ECF system, which will automatically and electronically serve the paper on all counsel of record.

 /s/ T. Michael Guiffre
T. Michael Guiffre
*Counsel for Appellee*