# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 22-13513

_____

MATTHEW SCHRIER,

                                                                                 Plaintiff-Appellant,

*versus*

QATAR ISLAMIC BANK,

                                                                                 Defendant-Appellee.

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 0:20-cv-60075-RKA

_____

ORDER:

2                         Order of the Court                         22-13513

"Appellant Matthew Schrier's Motion to File Under Seal," requesting leave to file his redacted reply brief and to filed under seal his unredacted reply brief, is GRANTED.

                                       /s/ Britt C. Grant
                              UNITED STATES CIRCUIT JUDGE