**United States Court of Appeals**
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia  30303

David J. Smith                                                                In Replying Give Number
Clerk                                                                                Of Case and Names of Parties

August 22, 2023

**NOTICE TO COUNSEL OR PARTIES IN CASES LISTED BELOW:**

The following cases are scheduled for oral argument during the week of **DECEMBER 11, 2023, IN ATLANTA, GEORGIA.  COURT WILL BE HELD TUESDAY-FRIDAY OF THIS WEEK.  COUNSEL WILL RECEIVE A FINAL CALENDAR APPROXIMATELY 6-8 WEEKS IN ADVANCE OF THE SESSION ASSIGNING A SPECIFIC DATE OF ORAL ARGUMENT.**
*Please note that after an appeal is assigned to a specific day for oral argument, any change in or addition to counsel in the appeal requires leave of court.  See 11th Cir.R.34-4(e).*

If counsel has any insoluble scheduling conflicts which would interfere with argument during that week, please telephone this office **AS SOON AS POSSIBLE** at 404-335-6166 or email
**Jenifer_Tubbs@ca11.uscourts.gov**

**JENIFER TUBBS**
Court Sessions Supervisor

---

***PLEASE TELEPHONE THIS OFFICE IMMEDIATELY WITH ANY SCHEDULING REQUESTS. PLEASE REFER TO CALENDAR #6.***

| | |
|---|---|
| 21-14071 & 21-14074 | Compulife Software Inc. v. Moses Newman, et al. (REVISED ARGUMENT DATE) |
| 22-13911 | Tenor Capital Partners, LLC v. GunBroker.com, LLC |
| 22-13133 | Henkels & Mccoy, Inc. v. Occupational Safety and Health Review Commission |
| 22-13187 | Roy Moore v. Tiana Lowe, et al. |
| 22-11065 & 22-12599 | Jesus Navarro Guadarrama v. U.S. Attorney General |
| 22-13434 | J&J Sports Productions, Inc. v. Los Ranchos Latinos Inc. |
| 21-13891 | United States v. Leslie Meyers |
| 22-13658 | Burton Wiand v. ATC Brokers Ltd., et al. |
| 22-12581 | James Snell v. United Specialty Insurance Company |
| 22-13513 | Matthew Schrier v. Qatar Islamic Bank |
| 22-13073 | Tyler Copeland v. Georgia Department of Corrections |
| 22-13303 | Lee Savoia-McHugh, et al. v. Michael Glass |
| 22-13396 | Ryan Graham, et al. v. Attorney General, State of Georgia, et al. |
| 22-10568 | Isaac Flowers v. Commissioner, Social Security Administration |