**BONDURANT MIXSON & ELMORE** LLP

**Matthew R. Sellers**                                                                                  Writer's Direct Dial
                                                                                                        (404) 881-4186
                                                                                                        sellers@bmelaw.com

December 6, 2023

**VIA CM/ECF**

David J. Smith
Clerk of Court
U.S. Court of Appeals for the Eleventh Circuit
56 Forsyth Street, NW
Atlanta, GA 30303

          Re:      *Schrier v. Qatar Islamic Bank*, Appeal No. 22-13513

Dear Mr. Smith:

      Under Federal Rule of Appellate Procedure 28(j), I write on behalf of Appellant Matthew Schrier to notify the Court of recent cases that have exercised personal jurisdiction over non-residents under Federal Rule of Civil Procedure 4(k)(2) based on a conspiracy.

      In *Rusesabagina v. Republic of Rwanda*, a federal district court exercised personal jurisdiction under Rule 4(k)(2) based on "the existence and operation of a conspiracy operating in part within the United States targeting a United States resident." No. 22-469, 2023 WL 2562692, at *8 (D.D.C. Mar. 16, 2023).

      In *Sotloff v. Qatar Charity*, Judge Middlebrooks of the Southern District of Florida found "that conspiracy jurisdiction can be consistent with Rule 4(k)(2) and the Fifth Amendment's Due Process Clause." __ F. Supp. 3d __, 2023 WL 3721683, at *19 (S.D. Fla. May 30, 2023), *vacated on other grounds at* 2023 WL 6471413 (S.D. Fla. Sept. 29, 2023). The *Sotloff* court thoroughly and cogently rejected the *Schrier* district court's rationale for rejecting conspiracy jurisdiction under Rule 4(k)(2). *See* 2023 WL 3721683, at *15–19. That analysis remains persuasive despite the vacatur of the order on other grounds.

      These cases illustrate a trend toward recognizing conspiracy jurisdiction under Rule 4(k)(2). Schrier urges the Court to consider these authorities to reverse the district court's dismissal of this case for lack of personal jurisdiction.

                                                                              Sincerely,

                                                                              */s/ Matthew R. Sellers*
                                                                              Matthew R. Sellers
                                                                              Georgia Bar No. 691202

          cc:      Counsel of Record